## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**TATA AIG GENERAL INSURANCE**         **PLAINTIFF**
**COMPANY LIMITED, as subrogated**
**Insurer for TATA INTERNATIONAL**
**METALS (AMERICAS) LTD.**

**v.**          **CASE NO. 4:20-cv-585-JM**

**FIVE RIVERS DISTRIBUTION, LLC and**      **DEFENDANTS**
**BRUCE OAKLEY, INC.**

### BRUCE OAKLEY'S STATEMENT OF MATERIALS FACTS AS TO WHICH IT CONTENDS THERE IS NO GENUINE DISPUTE

1. Bruce Oakley, Inc. ("Oakley") is an Arkansas corporation.

2. Oakley owns several subsidiary corporations including Johnston's Port 33, Inc. ("JP33").

3. JP33 is a wholly-owned subsidiary of Oakley .

4. JP33 is the operator and manager of the Muskogee port/warehouse facility at issue in this case.

5. JP33 is not the owner of the Muskogee facility.

6. JP33 leases the Muskogee facility.

7. JP33 has a bailment contract with Tata International Metals (Americas), Ltd. ("Tata").

8. The 2019 flood on the Arkansas River (the "Flood") was unprecedented in terms of its water elevation.

4812-9687-0393.1

9.      Presray FB33 deployable flood barriers up to 4' high would not have prevented damage from the Flood at issue in this case at the Muskogee facility.

Respectfully Submitted,

**Kutak Rock LLP**

By: _____

**L. Kyle Heffley**, Arkansas Bar No. 96085
5111 W JB Hunt Drive, Suite 300
Rogers, Arkansas 72758
Office:  479.250.9700
Facsimile:   479.316.4069
Kyle.Heffley@KutakRock.com

## CERTIFICATE OF SERVICE

I hereby certify that on August 30, 2021, I electronically filed the foregoing using the Court's electronic filing system, which shall send notification of such filing to all counsel of record.

Taylor N. Williams
David Donovan
WATTS, DONOVAN, TILLEY & CARSON
2120 Riverfront Dr., Suite 275
Little Rock, Arkansas 72202
taylor.williams@wdtc.law

M. Stephen Bingham
CROSS, GUNTER, WITHERSPOON & GALCHUS, P.C.
500 President Clinton Avenue, Suite 200
Little Rock, Arkansas 72201
sbingham@cgwg.com

Of counsel:
Adam H McCabe
Kevin Kanavy
Cassiday Schade LLP
222 West Adams St., Suite 2900
Chicago, Illinois 60606
312.739.3246 | Fax: 312.444.1669
amccabe@cassiday.com

_____
L. Kyle Heffley

4812-9687-0393.1