048083/50224/SBB/AHM

**UNITED STATES DISTRICT COURT**
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | |
|---|---|
| TATA GENERAL INSURANCE COMPANY LIMITED, as subrogated insurer for TATA INTERNATIONAL METALS (AMERICAS) LTD, | |
| Plaintiff, | Case Number:  4:20-CV-00585-JM |
| v. | Hon. Judge Moody |
| FIVE RIVERS DISTRIBUTION, LLC and BRUCE OAKLEY, INC., | |
| Defendants. | |

## PLAINTIFF'S ANSWER TO BRUCE OAKLEY'S STATEMENT OF MATERIAL FACTS AS TO WHICH IT CONDTENDS THERE IS NO MATERIAL DISPUTE

1.    Bruce Oakley, Inc. ("Oakley") is an Arkansas Corporation.

**ANSWER:    Admitted.**

2.    Oakley owns several subsidiary corporations including Johnston's Port 33, Inc. ("JP33").

**ANSWER:    Admitted.**

3.    JP33 is a wholly-owned subsidiary of Oakley.

**ANSWER:    Admitted.**

4.    JP33 is the operator and manager of the Muskogee port/warehouse facility at issued in this case.

**ANSWER:    Plaintiff admits only that Defendant has asserted in pleadings that it is the operator and manager of the Muskogee port/warehouse facility, but affirmatively states that other evidence has been developed to suggest Bruce Oakley, Inc. also operates, manages and controls the operations at the facility. See, Plaintiff's Additional Statement of Material Facts at ¶¶ 1-9, 12-13, 23-25.**

5.    JP33 is not the owner of the Muskogee facility.

**ANSWER:** **Plaintiff admits only that there exists deposition testimony indicating that JP33 leases the facility from the Port of Muskogee but Defendant has never produced a copy of said lease or other documentary evidence in support of this contention.**

6. JP33 leases the Muskogee facility.

**ANSWER:** **Plaintiff admits only that there exists deposition testimony indicating that JP33 leases the facility from the Port of Muskogee but Defendant has never produced a copy of said lease or other documentary evidence in support of this contention.**

7. JP33 has a bailment contract with Tata International Metals (Americas), Ltd. ("Tata").

**ANSWER:** **Plaintiff admits only that it entered into a contract with Bruce Oakley and/or JP33 to store its inventory at the Muskogee facility, but affirmatively states that material issues of fact remain as to whether such contract was entered into with Bruce Oakley, JP33 or both. See, Plaintiff's Additional Statement of Material Facts at ¶¶ 1-9, 12-13, 23-25.**

8. The 2019 flood on the Arkansas River (the "Flood") was unprecedented in terms of its water elevation.

**ANSWER:** **Denied. See, Plaintiff's Additional Statement of Material Facts at ¶¶ 14-21, 26-29.**

9. Presay FB33 deployable barriers up to 4' high would not have prevented damage from the Flood at issue in this case at the Muskogee facility.

**ANSWER:** **Plaintiff admits only that it is Defendant's expert's opinion that such barrier would not have prevented damage, and Plaintiff affirmatively states that appropriate barriers and other safeguarding measures could have prevented or mitigated the damage. See, Plaintiff's Additional Statement of Material Facts at ¶ 26.**

Respectfully submitted,

TATA AIG GENERAL INSURANCE COMPANY, as subrogated insurer of TATA INTERNATIONAL METALS (AMERICAS), LTD

By: Steven B. Belgrade
One of the Attorneys for Plaintiff

Steven B. Belgrade
Adam H. McCabe
CASSIDAY SCHADE LLP
222 West Adams Street, Suite 2900
Chicago, IL 60606
Tel:    (312) 641-3100
Fax:    (312) 444-1669 – Fax
sbelgrade@cassiday.com
amccabe@cassiday.com

M. Stephen Bingham, Ark. Bar No. 83023
CROSS, GUNTER, WITHERSPOON & GALCHS, P.C.
500 President Clinton Ave., Suite 200
Little Rock, AR 72201
Tel:    (501) 371-9999
Fax:    (501) 371-0035
sbingham@cgwg.com
*Counsel for Plaintiff, Tata AIG General Insurance Company Limited,*
*as subrogated insurer for Tata International Metals (Americas) Ltd.*

## CERTIFICATE OF SERVICE

The foregoing **Plaintiff's Answer to Bruce Oakley's Statement of Material Facts** was electronically filed with the Court on Monday September 13, 2021.  Notice of this filing will be sent by operation of the Court's case management and electronic case filing system to all counsel of record.

Taylor N. Williams
David Donovan
WATTS, DONOVAN, TILLEY & CARSON
2120 Riverfront Dr., Suite 275
Little Rock, Arkansas 72202
Taylor.williams@wdtc.law

L. Kyle Heffley
KUTAK ROCK LLP
5111 W JB Hunt Drive, Suite 300
Rogers, Arkansas 72758
Kyle.Heffley@KutakRock.com

M. Stephen Bingham
CROSS, GUNTER, WITHERSPOON & GALCHUS, P.C.
500 President Clinton Avenue, Suite 200
Little Rock, Arkansas 72201
sbingham@cgwg.com

/s/ Steven B. Belgrade.                           .
**Steven B. Belgrade**
**Adam H. McCabe**
*Attorneys for Plaintiff*