048083/50224/SBB/AHM

**UNITED STATES DISTRICT COURT**
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

TATA GENERAL INSURANCE COMPANY
LIMITED, as subrogated insurer for TATA
INTERNATIONAL METALS (AMERICAS)
LTD,

                Plaintiff,

v.

FIVE RIVERS DISTRIBUTION, LLC and
BRUCE OAKLEY, INC.,

                Defendants.

Case Number:  4:20-CV-00585-JM

Hon. Judge Moody

### PLAINTIFF'S ADDITONAL STATEMENT OF MATERIAL FACTS

NOW COMES, Plaintiff, TATA GENERAL INSURANCE COMPANY LIMITED, as subrogated insurer for TATA INTERNATIONAL METALS (AMERICAS) LTD ("Tata AIG"), by and through its attorneys, Cassiday Schade, LLP, and for its Additional Statement of Material Facts in Opposition to Bruce Oakley, Inc.'s Motion for Summary Judgment in the alternative ("Defendant's Motion"), states as follows:

1.      Johnston's Port 33, Inc. ("JP 33") is a wholly owned subsidiary of Bruce Oakley, Inc. ("Bruce Oakley") who acquired JP 33 in February 2014 through a stock purchase.  See, Deposition of Timothy Cummins, attached hereto as Exhibit A, at p. 14:4-14.

2.      JP 33 also does business as Oakley's Port 33, Inc. and generically utilizes the terms Oakley's Ports or Oakley's Terminal in describing its Arkansas River terminal operations.

3.      JP 33 and its Arkansas River operations are insured under Bruce Oakley's general liability policy of insurance that was in place in 2019. See, Exhibit A, at p. 27:14-28:1.

4.      Josh Taylor is currently the General Manager for both Bruce Oakley and JP 33 simultaneously.  In 2019, Josh Taylor was the Terminal Manager for a distribution and storage facility located on the Arkansas River in Muskogee, Oklahoma ("Muskogee Terminal") for both Bruce Oakley and JP 33 simultaneously. See, Deposition of Joshua Taylor, attached hereto as Exhibit B, at pp. 15:11-16:1.

5.      Fred Taylor is currently the Vice President of Operations for JP 33 and Port Director for Bruce Oakley.

6.      Josh Taylor testified that JP 33's business operation is the same as Bruce Oakley's, including the storage of goods for third-parties. See, Exhibit B, at pp. 11:2-8; 14:10-14.

7.      In 2019, Bruce Oakley and/or JP 33 operated and maintained the Muskogee Terminal.

8.      Tata Metals entered into a contract with Bruce Oakley and/or JP 33, in which Tata Metals would deliver metal-related products to the Muskogee Terminal for the purpose of storage pending sale and delivery to third-parties.

9.      The invoices for storage charges issued to Tata Metals request that payment be remitted to an address in North Little Rock, Arkansas, where Bruce Oakley is headquartered. The invoices also list a telephone number associated with the "North Little Rock General Office" identical to the general number provided on the Bruce Oakley website. See, Oakley's Terminal Muskogee Invoices, attached hereto as Exhibit C.

10.     In or about May 2019, Bruce Oakley and/or JP 33 was storing approximately 975 wire rod coils and approximately 279 bundles of rebar ("subject inventory") for Tata Metals at the Muskogee Terminal.

11.     Josh Taylor negotiated the agreement to store Tata Metals' subject inventory at the Muskogee Terminal. See, Exhibit B, at p. 53:3-22.

12.     Mr. Taylor would issue a rate confirmation sheet, confirming the parties' agreement for the storage of goods at the Muskogee Terminal. *Id.* In 2019, a rate confirmation sheet was issued to Tata Metals on "Oakley" letterhead. See, Exhibit A to Defendant's Motion (Doc. No. 23, at p. 10).

13.     On or about January 7, 2019, Tata Metals received email correspondence from personnel identified in their email addresses and email signature blocks as Bruce Oakley employees confirming that the storage rates would remain the same in 2019 as they were in 2018. See, January 7, 2019 email correspondence, attached hereto as Exhibit D.

14.     Between late May and early June, 2019, a flooding event impacted the Arkansas River region and flooded the Muskogee Terminal ("Flood Event"), thereby substantially damaging the inventory that Tata Metals' was storing there at the time.  Joshua Taylor recalled it raining on and off for a month and a half to two months in Muskogee and surrounding areas in 2019 and higher than usual river levels in the several weeks prior to May 22, 2019. See Exhibit B, at pp. 90:21-91:23.

15.     As early as May 14, 2019, news outlets and government officials began warning of a severe rainstorm that could cause flooding to areas of Arkansas and Oklahoma located along the Arkansas River. See, Chris DiMaria, *Officials Preparing for Storms, Possible Flooding in Arkansas River*, KJRH, https://www.kjrh.com/news/local-news/officials-preparing-for-storms-possible-flooding-in-arkansas-river (last visited September 13, 2021). See also, Matt Troter, *Major*

*Flood Event Expected in Muskogee From Higher Dam Releases*, PUBLIC RADIO TULSA, https://www.publicradiotulsa.org/post/major-flood-event-expected-muskogee-higher-dam-releases#stream/0 (last visited September 12, 2021).

16.     On May 17, 2019, Muskogee Terminal personnel received email correspondence from the National Oceanic and Atmospheric Administration ("NOAA") warning of the impending storm and the possibility that river flooding was likely to occur based on the fact that the river and lake levels at the time were already high. See, May 17, 2019 email correspondence, attached hereto as Exhibit E.

17.     The U.S. Army Corps of Engineers ("USACE") was closely monitoring the storm and releasing updates to Terminal personnel in real-time with respect to the current river water level and the anticipated river water level. See Exhibit B, at pp. 96:24-97:13.

18.     On or about May 21, 2021 at approximately 8:00 a.m., USACE notified Terminal personnel that the flood could reach the dock level of the facility (which is also warehouse ground level) of 40.8 feet and thereafter revised there estimate to 41.8 feet. See, Exhibit C to Defendant's Motion (Doc. No. 23, at p. 67).

19.     On or about May 23, 2019 at approximately 5:00 p.m. the flood waters began to enter the Muskogee Terminal where Tata's inventory was stored. *Id.*

20.     Terminal personnel were notified no less than approximately 57 hours in advance that the river crest level could exceed the dock level and enter the Terminal.

21.     Neither Bruce Oakley or JP 33 had any type of flood mitigation plan in place in advance of the subject flooding event. Neither has a flood plan in place today. See, Exhibit B, at pp. 67:4-9; 82:10-12.

22.     Tata Metals sustained losses in the amount of $238,872.94 to its inventory stored at the Muskogee Terminal as a result of the flood.

23.     At the time of the 2019 Flood Event, Josh Taylor corresponded directly with Tata Metals regarding the damage to Tata Metals' property from email address jtaylor@bruceoakley.com and his email signature identifies him as "Oakley Terminal Muskogee – Terminal Manager" and includes the Bruce Oakley, Inc. logo. See, June 10, 2019 email correspondence, attached hereto as Exhibit F.

24.     On June 10, 2019 Tata Metals wrote to Josh Taylor (at his Bruce Oakley email address) and notified him of Tata Metals' intent to hold "you" liable for claims arising out of damage to Tata Metals' property. *Id.*

25.     Following receipt of the June 10, 2019 email, Josh Taylor forwarded Tata Metals' email to Fred Taylor at Fred Taylor's Bruce Oakley email address. Fred Taylor then responded to Tata Metals denying liability for the claim, copying Bruce Oakley's Chief Financial Officer, Tim Cummins, along with Josh Taylor and the Muskogee Terminal Office Manager, all at their Bruce Oakley email addresses. *Id.*

26. The Muskogee Terminal is located in FEMA flood zone AE, indicating that the likelihood that the Terminal will experience flooding is very high. See, Exhibit B attached to Defendant's Motion (Doc. No. 23, at p. 43). Bruce Oakley's failure to implement such a plan in place left it unprepared for the Flood Event and unable to effectively respond. *Id.*

27. The Muskogee Terminal has experienced flooding in the past, including a flooding event in 1986 in which the river level near Muskogee crested at 39. 6 feet. See, USACE Water Management Analysis Report, at Chapter 4, Table 4-2, publicly available on the USACE website: https://www.swt.usace.army.mil/Portals/41/docs/library/flood_1986/1986%20Water%20Analysis.pdf (lasted visited on September 13, 2021).

28. In 1943 (prior to the construction of the Muskogee Terminal) the river level near Muskogee crested at 48.2 feet (the highest water level ever recorded in that area according to USACE data). *Id.*

29. The water level at Muskogee during the 2019 flooding event crested at 46.39 feet. See, Exhibit C to Defendant's Motion (Doc. No. 23, at p. 67).

Respectfully submitted,

*/s/ Steven B. Belgrade* .
**Steven B. Belgrade**
*Attorneys for the Plaintiff Tata AIG General Insurance Company, Ltd., as subrogated insurer for Tata International Metals (America), Inc.*

Steven B. Belgrade
Adam H. McCabe
CASSIDAY SCHADE LLP
222 West Adams Street, Suite 2900
Chicago, IL 60606
Tel:    (312) 641-3100
sbelgrade@cassiday.com
amccabe@cassiday.com

M. Stephen Bingham, Ark. Bar No. 83023
CROSS, GUNTER, WITHERSPOON &
GALCHS, P.C.
500 President Clinton Ave., Suite 200
Little Rock, AR 72201
Tel:    (501) 371-9999
sbingham@cgwg.com
*Counsel for Plaintiff*

## <u>CERTIFICATE OF SERVICE</u>

The foregoing **Plaintiff's Additional Statements of Fact** was electronically filed with the

Court on Monday September 13, 2021.  Notice of this filing will be sent by operation of the Court's

case management and electronic case filing system to all counsel of record.

Taylor N. Williams
David Donovan
WATTS, DONOVAN, TILLEY & CARSON
2120 Riverfront Dr., Suite 275
Little Rock, Arkansas 72202
Taylor.williams@wdtc.law

L. Kyle Heffley
KUTAK ROCK LLP
5111 W JB Hunt Drive, Suite 300
Rogers, Arkansas 72758
Kyle.Heffley@KutakRock.com

M. Stephen Bingham
CROSS, GUNTER, WITHERSPOON & GALCHUS, P.C.
500 President Clinton Avenue, Suite 200
Little Rock, Arkansas 72201
sbingham@cgwg.com

*/s/ Steven B. Belgrade.                        .*
**Steven B. Belgrade**
**Adam H. McCabe**
*Attorneys for Plaintiff*