# EXHIBIT A

is that one of Bruce Oakley's subsidiary companies?

A.    It is.

Q.    And do you know how long JP 33 has been a subsidiary company of Bruce Oakley?

A.    We purchased them February of 2014 I believe.

Q.    And if you know, was that a purchase of -- and again I'll just refer to it as JP 33, Inc.  But was that a purchase of that company, you know, in its entirety including its assets and its liabilities?

A.    It was a stock purchase.  That's correct.

Q.    Okay.  So how long have you been employed with Bruce Oakley, Inc.?

A.    Since 2009.

Q.    Okay.  And what is your current position with Bruce Oakley, Inc.?

A.    CFO.

Q.    And that's chief financial officer?

A.    That's correct.

Q.    And how long have you been in that role?

A.    Since 2009.

Q.    All right.  So when you joined Bruce Oakley in 2009, you joined as the CFO?

A.    That is correct.

Q.    All right.  Do you hold any other titles with Bruce Oakley, Inc.?

A.    Nothing official.

Q.    Okay.  Can you, you know, I'm sure there's a lot that goes into being the CFO but can you generally provide a job description or tell me about your responsibilities as CFO for Bruce Oakley, Inc.?

A.    Overview of all things financial, assist with contract review and negotiation of purchase and acquisitions, insurance, human resources, and anything else that comes across my desk.

Q.    Okay.  And prior to working for Bruce Oakley, Inc., where did you work before 2009?

A.    Bank of America.

Q.    I'm sorry.  Can you repeat that?

A.    Bank of America.

Q.    Okay.  And what was your title with Bank of America?

Inc.'s, defense costs in that lawsuit?

A.    They are.

Q.    Okay.  Do you know is JP 33 also a defendant in that lawsuit?

A.    They are.

Q.    And did Bruce Oakley submit a claim under that same commercial marine liability policy on behalf of JP 33?

A.    Yes.

Q.    And is the insurance company that issued that policy also providing a defense to JP 33?

A.    Yes.

Q.    Do you know if JP 33 is listed as an insured under Bruce Oakley's general liability insurance policy --

A.    They are.

Q.    -- that was in place in 2019?

A.    Yes, they are.

Q.    The policy you previously referenced that you thought might provide coverage for third-party property damage for property being stored at Bruce Oakley's facilities, would that policy also identify JP 33 as an insured?

A.   It would.

Q.   Are you aware whether or not Bruce Oakley received any third-party claims from its customers whose goods were being stored at any Bruce Oakley facility as a result of the 2019 flood event?

A.   There were a couple.

Q.   Do you know if Tata International Metals submitted a claim?

A.   They did.

Q.   And do you know whether or not Bruce Oakley submitted a claim under any policy of insurance that it has for that claim made by Tata International Metals?

A.   We have not.

Q.   Why didn't Bruce Oakley submit a claim in connection with the Tata International Metals' property damage claim?

A.   Well, based on the agreement that we have with Tata, we don't believe we have any liability.  And so we did put our insurance company on notice to let them know that, hey, this is out there.  But we'll just wait and see.

Q.   All right.  And when Tata General

