# EXHIBIT C

1 of 1

# Oakley's Terminal Muskogee

4601 Harold Scoggins Dr
Muskogee, OK 74403
Phone # 1(918)682-7883
Fax # 1(918)379-0667

TATA INTERNATIONAL METALS
(AMERICAS) LIMITED
475 N MARTINGALE RD., SUITE 40
SCHAUMBURG, IL 60173

REMIT AND MAKE PAYABLE TO:

Oakley's Terminal Muskogee
P.O.BOX 17880
NORTH LITTLE ROCK, AR 72117

| | |
|---|---|
| Invoice # | 68-2431 |
| Date | 7/1/2019 |
| Account # | 5000204 |

## Storage Charges

| When | Description | Units | UOM | Unit Cost | Discount | Amount |
|---|---|---|---|---|---|---|
| 7/1/2019 | REBAR storage for PILE N22 #3-40-20' 266 pc. | 26.0260 | Tons | $2.00 | $0.00 | $52.05 |
| 7/1/2019 | REBAR storage for PILE M3 #3-40-20' 266 | 7.0070 | Tons | $2.00 | $0.00 | $14.01 |
| 7/1/2019 | REBAR storage for PILE 32X #4-60-20' 70 pc. small bdl | 0.4675 | Tons | $2.01 | $0.00 | $0.94 |
| 7/1/2019 | REBAR storage for PILE M1 #5-60-20' 96 pc. | 46.0460 | Tons | $2.00 | $0.00 | $92.09 |
| 7/1/2019 | REBAR storage for PILE N24TATA #6-60-20' 68 pc. | 47.9635 | Tons | $2.00 | $0.00 | $95.93 |
| 7/1/2019 | REBAR storage for PILE N23 #5-60-20'  96 pc. | 2.0020 | Tons | $2.00 | $0.00 | $4.00 |
| 7/1/2019 | REBAR storage for PILE M4 #3-60-20' 266 pc. | 27.0270 | Tons | $2.00 | $0.00 | $54.05 |
| 7/1/2019 | REBAR storage for PILE N2  #4-40-20' 150 pc 2004# | 79.1580 | Tons | $2.00 | $0.00 | $158.32 |
| 7/1/2019 | REBAR storage for PILE 32 #4-60-20' 150 pc | 182.3640 | Tons | $2.00 | $0.00 | $364.73 |
| 7/1/2019 | REBAR storage for PILE M2 #4-40-20' 150 pc. | 11.0220 | Tons | $2.00 | $0.00 | $22.04 |

Subtotal $858.16

| When | Description | Units | UOM | Unit Cost | Discount | Amount |
|---|---|---|---|---|---|---|
| 7/1/2019 | WIRE ROD COIL storage for 5.5MM-1006 RAM 310 | 1,390.2720 | Tons | $2.00 | $0.00 | $2,780.54 |

Subtotal $2,780.54

Total $3,638.70



NORTH LITTLE ROCK GENERAL OFFICE
501-945-0875
Fax 501-945-6970

Thank You
TERMS: Due upon receipt

**Customer Copy**

TATA 00326

1 of 1

# Oakley's Terminal Muskogee

4601 Harold Scoggins Dr
Muskogee, OK 74403
Phone # 1(918)682-7883
Fax # 1(918)379-0667

TATA INTERNATIONAL METALS
(AMERICAS) LIMITED
475 N MARTINGALE RD., SUITE 40
SCHAUMBURG, IL 60173

REMIT AND MAKE PAYABLE TO:

Oakley's Terminal Muskogee
P.O.BOX 17880
NORTH LITTLE ROCK, AR 72117

| | |
|---|---|
| Invoice # | 68-2432 |
| Date | 7/1/2019 |
| Account # | 5000204 |

## Account Charges

| When | Description | Units | UOM | Unit Cost | Discount | Amount |
|---|---|---|---|---|---|---|
| 7/1/2019 | WIRE ROD COIL storage for 5.5 MM-1006 RAM 310 - 1,390.272 @ $2.00 Per Ton | 1.0000 | | $0.00 | $0.00 | ($2,780.54) |

Subtotal ($2,780.54)

Total ($2,780.54)

NORTH LITTLE ROCK GENERAL OFFICE
501-945-0875
Fax 501-945-6970

Thank You
TERMS: Due upon receipt

**Customer Copy**

TATA 00327

1 of 1

# Oakley's Terminal Muskogee

4601 Harold Scoggins Dr
Muskogee, OK 74403
Phone # 1(918)682-7883
Fax # 1(918)379-0667

<u>REMIT AND MAKE PAYABLE TO:</u>

OAKLEY'S PORT 33
P.O.BOX 17880
NORTH LITTLE ROCK, AR 72117

TATA INTERNATIONAL METALS
(AMERICAS) LIMITED
475 N MARTINGALE RD., SUITE 40
SCHAUMBURG, IL 60173

| | |
|---|---|
| Invoice # | **68-1129** |
| Date | **9/1/2018** |
| Account # | **5000204** |

## Storage Charges

| When | Description | Units | UOM | Unit Cost | Discount | Amount |
|---|---|---|---|---|---|---|
| 9/1/2018 | REBAR storage for PILE 29-B  #4-40-20'  150 pc. | 1,627.2480 | Tons | $2.00 | $0.00 | $3,254.50 |

Subtotal $3,254.50

Total $3,254.50

NORTH LITTLE ROCK GENERAL OFFICE
501-945-0875
Fax 501-945-6970

Thank You
TERMS: Due upon receipt

**Customer Copy**

TATA 00328

1 of 1

# Oakley's Terminal Muskogee

4601 Harold Scoggins Dr
Muskogee, OK 74403
Phone # 1(918)682-7883
Fax # 1(918)379-0667

REMIT AND MAKE PAYABLE TO:

Oakley's Terminal Muskogee
P.O.BOX 17880
NORTH LITTLE ROCK, AR 72117

TATA INTERNATIONAL METALS
(AMERICAS) LIMITED
475 N MARTINGALE RD., SUITE 40
SCHAUMBURG, IL 60173

| | |
|---|---|
| Invoice # | **68-1320** |
| Date | **10/1/2018** |
| Account # | **5000204** |

## Storage Charges

| When | Description | Units | UOM | Unit Cost | Discount | Amount |
|---|---|---|---|---|---|---|
| 10/1/2018 | REBAR storage for PILE 33  #5-60-20'  96 pc 389 bdls w/52 bent | 384.5760 | Tons | $2.00 | $0.00 | $769.15 |
| 10/1/2018 | REBAR storage for PILE 15 #6-60-20'  68 pc 109 bdls w/8 bent | 111.3435 | Tons | $2.00 | $0.00 | $222.69 |
| 10/1/2018 | REBAR storage for PILE 27  #3-60-20'  266 pc. 183 bds w/87 bent | 180.0000 | Tons | $2.00 | $0.00 | $360.00 |
| 10/1/2018 | REBAR storage for PILE 32-A  #4-60-20'  150pc 505 bdls w/146 bent | 449.8980 | Tons | $2.00 | $0.00 | $899.80 |
| 10/1/2018 | REBAR storage for PILE 29-B  #4-40-20'  150 pc. | 1,627.2480 | Tons | $2.00 | $0.00 | $3,254.50 |
| 10/1/2018 | REBAR storage for PILE 32 #4-40-20'  150 pc 449 bdls w/146 bent | 370.7400 | Tons | $2.00 | $0.00 | $741.48 |

Subtotal $6,247.62

Total $6,247.62

NORTH LITTLE ROCK GENERAL OFFICE
501-945-0875
Fax 501-945-6970

Thank You
TERMS: Due upon receipt

**Customer Copy**

TATA 00329

1 of 1

# Oakley's Terminal Muskogee

4601 Harold Scoggins Dr
Muskogee, OK 74403
Phone # 1(918)682-7883
Fax # 1(918)379-0667

<u>REMIT AND MAKE PAYABLE TO:</u>

Oakley's Terminal Muskogee
P.O.BOX 17880
NORTH LITTLE ROCK, AR 72117

TATA INTERNATIONAL METALS
(AMERICAS) LIMITED
475 N MARTINGALE RD., SUITE 40
SCHAUMBURG, IL 60173

| | |
|---|---|
| Invoice # | **68-1452** |
| Date | **11/1/2018** |
| Account # | **5000204** |

## Storage Charges

| When | Description | Units | UOM | Unit Cost | Discount | Amount |
|---|---|---|---|---|---|---|
| 11/1/2018 | REBAR storage for PILE 32 #4-40-20' 150 pc 449 bdls w/146 bent | 323.6460 | Tons | $2.00 | $0.00 | $647.29 |
| 11/1/2018 | REBAR storage for PILE 33 #5-60-20' 96 pc 389 bdls w/52 bent | 376.5640 | Tons | $2.00 | $0.00 | $753.13 |
| 11/1/2018 | REBAR storage for PILE 15 #6-60-20' 68 pc 109 bdls w/8 bent | 111.3435 | Tons | $2.00 | $0.00 | $222.69 |
| 11/1/2018 | REBAR storage for PILE 32-A #4-60-20' 150pc 505 bdls w/146 bent | 433.8660 | Tons | $2.00 | $0.00 | $867.73 |
| 11/1/2018 | REBAR storage for PILE 27 #3-60-20' 266 pc. 183 bds w/87 bent | 180.0000 | Tons | $2.00 | $0.00 | $360.00 |
| 11/1/2018 | REBAR storage for PILE 29-B #4-40-20' 150 pc. | 1,459.9140 | Tons | $2.00 | $0.00 | $2,919.83 |

**Subtotal $5,770.67**

**Total $5,770.67**

NORTH LITTLE ROCK GENERAL OFFICE
501-945-0875
Fax 501-945-6970

Thank You
TERMS: Due upon receipt

**Customer Copy**

TATA 00330

1 of 1

# Oakley's Terminal Muskogee

4601 Harold Scoggins Dr
Muskogee, OK 74403
Phone # 1(918)682-7883
Fax # 1(918)379-0667

<u>REMIT AND MAKE PAYABLE TO:</u>

Oakley's Terminal Muskogee
P.O.BOX 17880
NORTH LITTLE ROCK, AR 72117

TATA INTERNATIONAL METALS
(AMERICAS) LIMITED
475 N MARTINGALE RD., SUITE 40
SCHAUMBURG, IL 60173

| | |
|---|---|
| Invoice # | **68-1616** |
| Date | **12/1/2018** |
| Account # | **5000204** |

## Storage Charges

| When | Description | Units | UOM | Unit Cost | Discount | Amount |
|---|---|---|---|---|---|---|
| 12/1/2018 | REBAR storage for PILE 32-A #4-60-20' 150pc 505 bdls w/146 bent | 365.7300 | Tons | $2.00 | $0.00 | $731.46 |
| 12/1/2018 | REBAR storage for PILE 27 #3-60-20' 266 pc. 183 bds w/87 bent | 180.0000 | Tons | $2.00 | $0.00 | $360.00 |
| 12/1/2018 | REBAR storage for PILE 32 #4-40-20' 150 pc 449 bdls w/146 bent | 319.6380 | Tons | $2.00 | $0.00 | $639.28 |
| 12/1/2018 | REBAR storage for PILE 33 #5-60-20' 96 pc 389 bdls w/52 bent | 353.5295 | Tons | $2.00 | $0.00 | $707.06 |
| 12/1/2018 | REBAR storage for PILE 15 #6-60-20' 68 pc 109 bdls w/8 bent | 111.3435 | Tons | $2.00 | $0.00 | $222.69 |
| 12/1/2018 | REBAR storage for PILE 29-B #4-40-20' 150 pc. | 1,267.5300 | Tons | $2.00 | $0.00 | $2,535.06 |
| 12/1/2018 | REBAR storage for #3-40-20' 266 pc.PILE N1 | 95.0950 | Tons | $2.00 | $0.00 | $190.19 |

Subtotal $5,385.74

Total $5,385.74

NORTH LITTLE ROCK GENERAL OFFICE
501-945-0875
Fax 501-945-6970

Thank You
TERMS: Due upon receipt

**Customer Copy**

TATA 00331

1 of 1

# Oakley's Terminal Muskogee

4601 Harold Scoggins Dr
Muskogee, OK 74403
Phone # 1(918)682-7883
Fax # 1(918)379-0667

TATA INTERNATIONAL METALS
(AMERICAS) LIMITED
475 N MARTINGALE RD., SUITE 40
SCHAUMBURG, IL 60173

REMIT AND MAKE PAYABLE TO:

Oakley's Terminal Muskogee
P.O.BOX 17880
NORTH LITTLE ROCK, AR 72117

| | |
|---|---|
| Invoice # | **68-1740** |
| Date | **1/1/2019** |
| Account # | **5000204** |

## Storage Charges

| When | Description | Units | UOM | Unit Cost | Discount | Amount |
|---|---|---|---|---|---|---|
| 1/1/2019 | REBAR storage for PILE 32  #4-40-20'  150 pc 449 bdls w/146 bent | 283.5660 | Tons | $2.00 | $0.00 | $567.13 |
| 1/1/2019 | REBAR storage for PILE 33   #5-60-20'  96 pc 389 bdls w/52 bent | 341.5115 | Tons | $2.00 | $0.00 | $683.02 |
| 1/1/2019 | REBAR storage for PILE 15  #6-60-20'  68 pc 109 bdls w/8 bent | 111.3435 | Tons | $2.00 | $0.00 | $222.69 |
| 1/1/2019 | REBAR storage for PILE N3  #3-60-20'  266 pc. | 95.0950 | Tons | $2.00 | $0.00 | $190.19 |
| 1/1/2019 | REBAR storage for PILE N2  #4-40-20'  150 pc. | 470.9400 | Tons | $2.00 | $0.00 | $941.88 |
| 1/1/2019 | REBAR storage for PILE 16-X  #4-40-20'  98 pc. | 0.6545 | Tons | $2.00 | $0.00 | $1.31 |
| 1/1/2019 | REBAR storage for PILE 16  #4-40-20'  150 pc. | 379.7580 | Tons | $2.00 | $0.00 | $759.52 |
| 1/1/2019 | REBAR storage for #3-40-20'  266 pc.PILE N1 | 95.0950 | Tons | $2.00 | $0.00 | $190.19 |
| 1/1/2019 | REBAR storage for PILE 32-A  #4-60-20'  150pc 505 bdls w/146 bent | 349.6980 | Tons | $2.00 | $0.00 | $699.40 |
| 1/1/2019 | REBAR storage for PILE 27  #3-60-20'  266 pc. 183 bds w/87 bent | 168.0000 | Tons | $2.00 | $0.00 | $336.00 |
| 1/1/2019 | REBAR storage for PILE 29-B  #4-40-20'  150 pc. | 1,123.2420 | Tons | $2.00 | $0.00 | $2,246.48 |

**Subtotal $6,837.81**

| When | Description | Units | UOM | Unit Cost | Discount | Amount |
|---|---|---|---|---|---|---|
| 1/1/2019 | WIRE ROD COIL storage for 5.5MM-1006 T 13915 FLB | 1,061.2755 | Tons | $2.00 | $0.00 | $2,122.55 |

**Subtotal $2,122.55**

**Total $8,960.36**

NORTH LITTLE ROCK GENERAL OFFICE
501-945-0875
Fax 501-945-6970

Thank You
TERMS: Due upon receipt

**Customer Copy**

TATA 00332

1 of 1

# Oakley's Terminal Muskogee

4601 Harold Scoggins Dr
Muskogee, OK 74403
Phone # 1(918)682-7883
Fax # 1(918)379-0667

TATA INTERNATIONAL METALS
(AMERICAS) LIMITED
475 N MARTINGALE RD., SUITE 40
SCHAUMBURG, IL 60173

REMIT AND MAKE PAYABLE TO:

Oakley's Terminal Muskogee
P.O.BOX 17880
NORTH LITTLE ROCK, AR 72117

| | |
|---|---|
| Invoice # | **68-1865** |
| Date | **2/1/2019** |
| Account # | **5000204** |

## Storage Charges

| When | Description | Units | UOM | Unit Cost | Discount | Amount |
|---|---|---|---|---|---|---|
| 2/1/2019 | REBAR storage for PILE 16-X #4-40-20' 96 pc. | 0.6545 | Tons | $2.00 | $0.00 | $1.31 |
| 2/1/2019 | REBAR storage for #3-40-20' 266 pc.PILE N1 | 71.0710 | Tons | $2.00 | $0.00 | $142.14 |
| 2/1/2019 | REBAR storage for PILE 27 #3-60-20' 266 pc. 183 bds w/87 bent | 140.0000 | Tons | $2.00 | $0.00 | $280.00 |
| 2/1/2019 | REBAR storage for PILE 33 #5-60-20' 96 pc 389 bdls 52 bent 2003# | 339.5085 | Tons | $2.00 | $0.00 | $679.02 |
| 2/1/2019 | REBAR storage for PILE 15 #6-60-20' 68 pc 109 bdls w/8 bent | 99.0855 | Tons | $2.00 | $0.00 | $198.17 |
| 2/1/2019 | REBAR storage for PILE N3 #3-60-20' 266 pc. | 95.0950 | Tons | $2.00 | $0.00 | $190.19 |
| 2/1/2019 | REBAR storage for PILE 16 #4-40-20' 150 pc. | 379.7580 | Tons | $2.00 | $0.00 | $759.52 |
| 2/1/2019 | REBAR storage for PILE N2 #4-40-20' 150 pc 2004# | 426.8520 | Tons | $2.00 | $0.00 | $853.70 |

Subtotal $3,104.05

| When | Description | Units | UOM | Unit Cost | Discount | Amount |
|---|---|---|---|---|---|---|
| 2/1/2019 | WIRE ROD COIL storage for 5.5MM-1006 T 13915 FLB | 812.6730 | Tons | $2.00 | $0.00 | $1,625.35 |

Subtotal $1,625.35

Total $4,729.40

NORTH LITTLE ROCK GENERAL OFFICE
501-945-0875
Fax 501-945-6970

Thank You
TERMS: Due upon receipt

**Customer Copy**

TATA 00333

1 of 1

# Oakley's Terminal Muskogee

4601 Harold Scoggins Dr
Muskogee, OK 74403
Phone # 1(918)682-7883
Fax # 1(918)379-0667

<u>REMIT AND MAKE PAYABLE TO:</u>
Oakley's Terminal Muskogee
P.O.BOX 17880
NORTH LITTLE ROCK, AR 72117

TATA INTERNATIONAL METALS
(AMERICAS) LIMITED
475 N MARTINGALE RD., SUITE 40
SCHAUMBURG, IL 60173

| | |
|---|---|
| Invoice # | **68-2001** |
| Date | **3/1/2019** |
| Account # | **5000204** |

## Storage Charges

| When | Description | Units | UOM | Unit Cost | Discount | Amount |
|---|---|---|---|---|---|---|
| 3/1/2019 | REBAR storage for #3-40-20' 266 pc.PILE N1 | 71.0710 | Tons | $2.00 | $0.00 | $142.14 |
| 3/1/2019 | REBAR storage for PILE 33  #5-60-20' 96 pc 389 bdls 52 bent 2003# | 314.4710 | Tons | $2.00 | $0.00 | $628.94 |
| 3/1/2019 | REBAR storage for PILE 27 #3-60-20' 266 pc. 183 bds w/87 bent | 128.0000 | Tons | $2.00 | $0.00 | $256.00 |
| 3/1/2019 | REBAR storage for PILE 15 #6-60-20' 68 pc 109 bdls w/8 bent | 99.0855 | Tons | $2.00 | $0.00 | $198.17 |
| 3/1/2019 | REBAR storage for PILE 16-X #4-40-20' 98 pc. | 0.6545 | Tons | $2.00 | $0.00 | $1.31 |
| 3/1/2019 | REBAR storage for PILE N3 #3-60-20' 266 pc. | 95.0950 | Tons | $2.00 | $0.00 | $190.19 |
| 3/1/2019 | REBAR storage for PILE 16 #4-40-20' 150 pc. | 379.7580 | Tons | $2.00 | $0.00 | $759.52 |
| 3/1/2019 | REBAR storage for PILE N2 #4-40-20' 150 pc 2004# | 379.7580 | Tons | $2.00 | $0.00 | $759.52 |

Subtotal $2,935.79

| When | Description | Units | UOM | Unit Cost | Discount | Amount |
|---|---|---|---|---|---|---|
| 3/1/2019 | WIRE ROD COIL storage for 5.5MM-1006 RAM 310 | 1,627.5540 | Tons | $2.00 | $0.00 | $3,255.11 |
| 3/1/2019 | WIRE ROD COIL storage for 5.5MM-1006 T 13915 FLB | 433.7685 | Tons | $2.00 | $0.00 | $867.54 |

Subtotal $4,122.65

Total $7,058.44

NORTH LITTLE ROCK GENERAL OFFICE
501-945-0875
Fax 501-945-6970

Thank You
TERMS: Due upon receipt

**Customer Copy**

TATA 00334

1 of 1

## Oakley's Terminal Muskogee

REMIT AND MAKE PAYABLE TO:

Oakley's Terminal Muskogee
P.O.BOX 17880
NORTH LITTLE ROCK, AR 72117

4601 Harold Scoggins Dr
Muskogee, OK 74403
Phone # 1(918)682-7883
Fax # 1(918)379-0667

TATA INTERNATIONAL METALS .
(AMERICAS) LIMITED
475 N MARTINGALE RD., SUITE 40
SCHAUMBURG, IL 60173

| | |
|---|---|
| Invoice # | **68-2132** |
| Date | **4/1/2019** |
| Account # | **5000204** |

## Storage Charges

| When | Description | Units | UOM | Unit Cost | Discount | Amount |
|---|---|---|---|---|---|---|
| 4/1/2019 | REBAR storage for PILE N3  #3-60-20'  266 pc. | 95.0690 | Tons | $2.00 | $0.00 | $190.14 |
| 4/1/2019 | REBAR storage for PILE 16-X  #4-40-20'  98 pc. | 0.6545 | Tons | $2.00 | $0.00 | $1.31 |
| 4/1/2019 | REBAR storage for PILE 33   #5-60-20'  96 pc 389 bdls 52 bent 2003# | 102.1455 | Tons | $2.00 | $0.00 | $204.29 |
| 4/1/2019 | REBAR storage for PILE N2  #4-40-20' 150 pc 2004# | 90.1800 | Tons | $2.00 | $0.00 | $180.36 |
| 4/1/2019 | REBAR storage for PILE 16  #4-40-20' 150 pc. | 355.2420 | Tons | $2.00 | $0.00 | $710.48 |

**Subtotal $1,286.58**

| When | Description | Units | UOM | Unit Cost | Discount | Amount |
|---|---|---|---|---|---|---|
| 4/1/2019 | WIRE ROD COIL storage for 5.5MM-1006 RAM 310 | 1,627.5540 | Tons | $2.00 | $0.00 | $3,255.11 |
| 4/1/2019 | WIRE ROD COIL storage for 5.5MM-1006 T 13915 FLB | 382.3245 | Tons | $2.00 | $0.00 | $764.65 |

**Subtotal $4,019.76**

**Total $5,306.34**

NORTH LITTLE ROCK GENERAL OFFICE
501-945-0875
Fax 501-945-6970

Thank You
TERMS: Due upon receipt

**Customer Copy**

TATA 00335

1 of 1

# Oakley's Terminal Muskogee

4601 Harold Scoggins Dr
Muskogee, OK 74403
Phone # 1(918)682-7883
Fax # 1(918)379-0667

REMIT AND MAKE PAYABLE TO:

Oakley's Terminal Muskogee
P.O.BOX 17880
NORTH LITTLE ROCK, AR 72117

TATA INTERNATIONAL METALS
(AMERICAS) LIMITED
475 N MARTINGALE RD., SUITE 40
SCHAUMBURG, IL 60173

| | |
|---|---|
| Invoice # | 68-2273 |
| Date | 5/1/2019 |
| Account # | 5000204 |

## Storage Charges

| When | Description | Units | UOM | Unit Cost | Discount | Amount |
|---|---|---|---|---|---|---|
| 5/1/2019 | REBAR storage for INACTIVE - PILE 33  #5-60-20'  96 pc 389 | 1.0015 | Tons | $2.00 | $0.00 | $2.00 |
| 5/1/2019 | REBAR storage for INACTIVE - PILE 16-X  #4-40-20'  98 pc. | 0.6545 | Tons | $2.00 | $0.00 | $1.31 |
| 5/1/2019 | REBAR storage for INACTIVE - PILE N3  #3-60-20'  266 pc | 2.0020 | Tons | $2.00 | $0.00 | $4.00 |

Subtotal $7.31

| When | Description | Units | UOM | Unit Cost | Discount | Amount |
|---|---|---|---|---|---|---|
| 5/1/2019 | WIRE ROD COIL storage for 5.5MM-1006 RAM 310 | 1,432.0470 | Tons | $2.00 | $0.00 | $2,864.09 |

Subtotal $2,864.09

Total $2,871.40

NORTH LITTLE ROCK GENERAL OFFICE
501-945-0875
Fax 501-945-6970

Thank You
TERMS: Due upon receipt

**Customer Copy**

TATA 00336

1 of 1

# Oakley's Terminal Muskogee

4601 Harold Scoggins Dr
Muskogee, OK 74403
Phone # 1(918)682-7883
Fax # 1(918)379-0667

<u>REMIT AND MAKE PAYABLE TO:</u>

Oakley's Terminal Muskogee
P.O.BOX 17880
NORTH LITTLE ROCK, AR 72117

TATA INTERNATIONAL METALS
(AMERICAS) LIMITED
475 N MARTINGALE RD., SUITE 40
SCHAUMBURG, IL 60173

| | |
|---|---|
| Invoice # | **68-2367** |
| Date | **6/1/2019** |
| Account # | **5000204** |

## Storage Charges

| When | Description | Units | UOM | Unit Cost | Discount | Amount |
|---|---|---|---|---|---|---|
| 6/1/2019 | REBAR storage for PILE N24 #6-60-20' 68 pc. | 47.9635 | Tons | $2.00 | $0.00 | $95.93 |
| 6/1/2019 | REBAR storage for PILE N23 #5-60-20'  96 pc. | 2.0020 | Tons | $2.00 | $0.00 | $4.00 |
| 6/1/2019 | REBAR storage for PILE N2  #4-40-20' 150 pc 2004# | 80.1600 | Tons | $2.00 | $0.00 | $160.32 |
| 6/1/2019 | REBAR storage for PILE 32X #4-60-20' 70 pc. small bdl | 0.4675 | Tons | $2.01 | $0.00 | $0.94 |
| 6/1/2019 | REBAR storage for PILE N22 #3-40-20' 266 pc. | 26.0260 | Tons | $2.00 | $0.00 | $52.05 |
| 6/1/2019 | REBAR storage for PILE 32 #4-60-20' 150 pc | 182.3640 | Tons | $2.00 | $0.00 | $364.73 |

**Subtotal $677.97**

| When | Description | Units | UOM | Unit Cost | Discount | Amount |
|---|---|---|---|---|---|---|
| 6/1/2019 | WIRE ROD COIL storage for 5.5MM-1006 RAM 310 | 1,432.0470 | Tons | $2.00 | $0.00 | $2,864.09 |

**Subtotal $2,864.09**

**Total $3,542.06**

NORTH LITTLE ROCK GENERAL OFFICE
501-945-0875
Fax 501-945-6970

Thank You
TERMS: Due upon receipt

**Customer Copy**

TATA 00337