# EXHIBIT D

**From:** Brenda Kuhfeldt <brenda.kuhfeldt@tatainternational.com>
**Sent:** Monday, January 7, 2019 4:54 PM
**To:** Karen Smith <karens@bruceoakley.com>
**Subject:** RE: Muskogee Terminal

Thank you ma'am

**From:** Karen Smith [mailto:karens@bruceoakley.com]
**Sent:** 07 January 2019 3:58 PM
**To:** Brenda Kuhfeldt <brenda.kuhfeldt@tatainternational.com>
**Cc:** Karen Manasco <kManasco@bruceoakley.com>
**Subject:** RE: Muskogee Terminal

This message originated outside Tata International / Tata Group

Brenda,

The rates you have for Tata will be in effect for 2019 as well.  Please see attached.

Thank you,

2

BO-000032



**Karen Smith**

*Oakley Terminal Muskogee - Office Manager*

d: (918) 912 - 3007

e: karens@bruceoakley.com
w: www.bruceoakley.com

**From:** Karen Manasco
**Sent:** Monday, January 07, 2019 3:51 PM
**To:** Karen Smith <karens@bruceoakley.com>
**Cc:** Brenda Kuhfeldt <brenda.kuhfeldt@tatainternational.com>
**Subject:** FW: Muskogee Terminal

Hello Brenda,

I have forwarded your message to Karen Smith.
She will be able to assist.

Karen Manasco



**Karen Manasco**

*Oakley Terminal Muskogee - Inventory Clerk*

d: (918) 912 - 3004

e: kManasco@bruceoakley.com
w: www.bruceoakley.com

**From:** Brenda Kuhfeldt <brenda.kuhfeldt@tatainternational.com>
**Sent:** Monday, January 07, 2019 3:28 PM
**To:** Josh Taylor <jtaylor@bruceoakley.com>
**Cc:** Karen Manasco <kManasco@bruceoakley.com>
**Subject:** RE: Muskogee Terminal

Josh / Karen
Good afternoon.
Wanted to check with you regarding attached rates to verify if these will be good for 2019.
We will have quite a bit of biz going through Muskogee and needed to update.

3

BO-000033

Thanks,

Brenda Kuhfeldt
Logistics Manager
Tata International Metals (Americas) Limited
Houston, Tx
Tel: 832-807-7016

DISCLAIMER: "This communication (including any accompanying documents / attachments) is intended only for the use of the addressee(s) and contains information that is PRIVILEGED AND CONFIDENTIAL. If you are not the intended recipient, you are notified that any dissemination and/or copying of this e-mail is Strictly prohibited and you are requested to delete this e-mail immediately and notify the originator. Communicating through e-mail is not secured and capable of interception & delays. Any one communicating with Tata Companies by e-mail accepts the risks involved and their consequences. While this e-mail has been checked for all known viruses, but Tata International (or group companies) does not guarantee the integrity of this communication or this communication is free of viruses, interceptions or interference. If you have received this message in error, please notify the sender immediately and delete this message from your system"

The information contained herein, including any attachments, is proprietary and confidential and is intended for the exclusive use of the addressee. It also may contain privileged information and/or personal information subject to privacy legislation. The authorized addressee of this information, by its retention and use, agrees to protect the information contained herein from loss, theft, or compromise with at least the same care it employs to protect its own confidential information. Any dissemination or use of this information by a person other than the intended recipient is unauthorized and may be illegal. If you have received this e-mail in error, please notify the sender immediately by reply e-mail and destroy all copies.

DISCLAIMER: "This communication (including any accompanying documents / attachments) is intended only for the use of the addressee(s) and contains information that is PRIVILEGED AND CONFIDENTIAL. If you are not the intended recipient, you are notified that any dissemination and/or copying of this e-mail is Strictly prohibited and you are requested to delete this e-mail immediately and notify the originator. Communicating through e-mail is not secured and capable of interception & delays. Any one communicating with Tata Companies by e-mail accepts the risks involved and their consequences. While this e-mail has been checked for all known viruses, but Tata International (or group companies) does not guarantee the integrity of this communication or this communication is free of viruses, interceptions or interference. If you have received this message in error, please notify the sender immediately and delete this message from your system"
The information contained herein, including any attachments, is proprietary and confidential and is intended for the exclusive use of the addressee. It also may contain privileged information and/or personal information subject to privacy legislation. The authorized addressee of this information, by its retention and use, agrees to protect the information contained herein from loss, theft, or compromise with at least the same care it employs to protect its own confidential information. Any dissemination or use of this information by a person other than the intended recipient is unauthorized and may be illegal. If you have received this e-mail in error, please notify the sender immediately by reply e-mail and destroy all copies.

4

BO-000034