# EXHIBIT E

**Subject:**                          FW: Upcoming Heavy Rainfall Potential

**From:** Harold Crowley - NOAA Federal <harold.crowley@noaa.gov>
**Sent:** Friday, May 17, 2019 10:12 AM
**To:** Adam Milligan <amilligan@usbr.gov>; brad@tulsaport.com; Cassandra Caldwell <ccaldwell@odot.org>; cduff@odot.org; Charles.D.Bostwick@usace.army.mil; david@tulsaport.com; Deidre.Smith@arkansas.gov; Ed Fite <efite@grda.com>; Hadi.Alrahahleh@usace.army.mil; jgillip@usgs.gov; Jason Lewis <jmlewis@usgs.gov>; Joshua.M.Hendricks@usace.army.mil; Josh Taylor <jtaylor@bruceoakley.com>; kimbra@muskogeeport.com; Kenny Salcido <kSalcido@bruceoakley.com>; Lee Coe <lcoe@bruceoakley.com>; leann.jenkiins@gsa.gov; Michael.J.Velasquez@usace.army.mil; Nathaniel.A.Keen@usace.army.mil; nsanchez@grda.com; rrva@rrva.org; scott@muskogeeport.com; WFO Shreveport <sr-shv.ops@noaa.gov>; Steve Taylor <STaylor@bruceoakley.com>; tbabb@odot.org; Timberlake, Trevor W CIV USARMY CESWL (USA) <trevor.w.timberlake@usace.army.mil>; tyler.gipson@swpa.gov; _NWS SR TUA <SR-TUA.All@noaa.gov>; Ashley Corker <ashley.corker@swpa.gov>; Biggs, Mike L SWL <Mike.L.Biggs@usace.army.mil>; Craig Ross - NOAA Federal <Craig.Ross@noaa.gov>; Denny DeSautell <ddesautell@bruceoakley.com>; Dwayne George <DGeorge@bruceoakley.com>; Estep, Gregory D CIV USARMY CESWT (US) <Gregory.Estep@usace.army.mil>; Fred Taylor <ftaylor@bruceoakley.com>; Greg Waller - NOAA Federal <greg.waller@noaa.gov>; Henderson, Scott A SWT <Scott.A.Henderson@usace.army.mil>; Janet Salazar - NOAA Federal <Janet.Salazar@noaa.gov>; Jason Johnson - NOAA Federal <jason.johnson@noaa.gov>; Jeffrey Cupo - NOAA Federal <jeffrey.cupo@noaa.gov>; Jeffrey Graschel - NOAA Federal <jeffrey.graschel@noaa.gov>; John Lipe <John.Lipe@noaa.gov>; John Woynick <John.Woynick@noaa.gov>; Lance Goehring <Lance.Goehring@noaa.gov>; Marian Baker <marian.baker@noaa.gov>; Matt Gerard - NOAA Federal <matt.gerard@noaa.gov>; Megan Terry - NOAA Federal <Megan.Terry@noaa.gov>; Moix, Matthew W SWL <Matthew.W.Moix@usace.army.mil>; Nicole McGavock <Nicole.McGavock@noaa.gov>; nws ops - NOAA Service Account <nws.nwc.ops@noaa.gov>; Paul Mckee - NOAA Federal <Paul.Mckee@noaa.gov>; Piazza, Tammy SWT <Tammy.L.Piazza@usace.army.mil>; Royce Fontenot <Royce.Fontenot@noaa.gov>; Smiley, William SWT' <William.E.Smiley@usace.army.mil>; SR-SRH Roc - NOAA Service Account <sr-srh.roc@noaa.gov>; Steven Kruckenberg <Steven.Kruckenberg@noaa.gov>; Stringer, Jody SWT <Jody.Stringer@usace.army.mil>; Strong, Scott <sstrong@usgs.gov>; Tabitha Clarke <tabitha.clarke@noaa.gov>; Tony Anderson <tony.anderson@noaa.gov>; Wendy Pearson - NOAA Federal <Wendy.Pearson@noaa.gov>
**Subject:** Upcoming Heavy Rainfall Potential

Good morning,

Although more heavy rain fell last week, all of the rivers within the ABRFC area are now below flood. However, many are still near bankfull. This graphic from the USGS indicates current streamflows across the ABRFC, especially the eastern half, are still high.

Many lakes and reservoirs are using at least some portion of their flood storage, and the Corps of Engineers is doing a great job evacuating some of that water without causing any downstream flooding issues.

1

BO_000068



Friday, May 17, 2019 08:30ET
**Current Streamflow**

| | Explanation - Percentile classes | | | | | | |
|---|---|---|---|---|---|---|---|
| Low | <10 | 10-24 | 25-75 | 76-90 | >90 | High | Not-ranked |
| | Much below normal | Below normal | Normal | Above normal | Much above normal | | |

Unfortunately, another couple of wet storm systems are headed our way. The first storm is expected to traverse the basin late tonight through Sunday morning. The latest models show areal amounts in the 1"-3" range across much of the eastern half of the ABRFC basin. Localized amounts could be higher. Rainfall is forecast to be highest across eastern Kansas, NE Oklahoma, SE Oklahoma, and western Arkansas. Although rainfall could be pretty heavy, this storm looks fairly progressive. So it should move through fairly quickly. Here is the latest forecast rainfall amounts for the Saturday storms system.

BO_000069



The second storm looks to affect the ABRFC area Monday and Tuesday. This storm looks like it may move slower, producing heavier amounts. There could be multiple rounds of heavy rain Monday and Tuesday as this system slowly advances eastward. The heaviest amounts with this system look to be slightly west of the Saturday storm, with the highest amounts expected from NW Texas/SW Oklahoma northeastward through NE Kansas. 2"-5"+ may fall with this system. Here is the latest forecast rainfall amounts for the Monday-Tuesday storm. Keep in mind, with multiple rounds of storms possible, localized areas could see higher amounts.



3

BO_000070

Just to give you an idea of the total areal amounts possible with both storms, here is a forecast map for the next 5 days, which should encompass both storms.



That's a lot of water in areas that don't need it. With the ground still saturated from our previous storms over the past few weeks, our models indicate there will be more river flooding.

Our confidence is moderate with the locations of the heaviest rain and fairly high with the areal amounts for Saturday's storm. Our confidence is less with the Monday-Tuesday storm, only because it is 3-4 days out. We are confident that the Monday-Tuesday storm will produce more rainfall than the Saturday storm. However, exact placement and amounts are still a little uncertain.

For the latest river and weather forecasts, visit the ABRFC and National Weather Service Forecast Offices' web pages.

NWS ABRFC: https://www.weather.gov/abrfc
NWS Norman: https://www.weather.gov/oun
NWS Tulsa: https://www.weather.gov/tsa
NWS Wichita: https://www.weather.gov/ict
NWS Topeka: https://www.weather.gov/top
NWS Springfield MO: https://www.weather.gov/sgf
NWS Little Rock: https://www.weather.gov/lzk
NWS Shreveport: https://www.weather.gov/shv

NWS WPC Forecast Precipitation: https://www.wpc.ncep.noaa.gov/#page=qpf

Tulsa District, US Army Corps of Engineers:  http://www.swt-wc.usace.army.mil
Little Rock District, US Army Corps of Engineers:  http://www.swl-wc.usace.army.mil

USGS Waterwatch: https://waterwatch.usgs.gov/

BO_000071

Facebook:  https://www.facebook.com/NWSABRFC/

Twitter:  @NWSABRFC


Please do not hesitate to contact the ABRFC if you have any questions.

Lee Crowley
Senior Hydrometeorologist
Arkansas-Red Basin River Forecast Center
National Weather Service
Tulsa, OK
918.832.4109


The information contained herein, including any attachments, is proprietary and confidential and is intended for the exclusive use of the addressee. It also may contain privileged information and/or personal information subject to privacy legislation. The authorized addressee of this information, by its retention and use, agrees to protect the information contained herein from loss, theft, or compromise with at least the same care it employs to protect its own confidential information. Any dissemination or use of this information by a person other than the intended recipient is unauthorized and may be illegal. If you have received this e-mail in error, please notify the sender immediately by reply e-mail and destroy all copies.

BO_000072