# EXHIBIT F

From: Fred Taylor <ftaylor@bruceoakley.com<mailto:ftaylor@bruceoakley.com>>
Date: Friday, Jun 14, 2019, 11:49 AM
To: Kyle Heffley <KHeffley@mwlaw.com<mailto:KHeffley@mwlaw.com>>
Subject: FW: Flood Damage - Oakley Terminal Muskogee

Kyle,

Thank you for your time this morning regarding claims against our Muskogee location. Read below conversation with TATA International and see attached handling and storage agreement. More to come.

Fred

From: Fred Taylor
Sent: Tuesday, June 11, 2019 8:29 AM
To: 'robert.drew@tatainternational.com' <robert.drew@tatainternational.com>; Brenda Kuhfeldt <brenda.kuhfeldt@tatainternational.com>
Cc: Josh Taylor <jtaylor@bruceoakley.com>; Karen Smith <karens@bruceoakley.com>; Tim Cummins <tcummins@bruceoakley.com>
Subject: FW: Flood Damage - Oakley Terminal Muskogee

Bob,

Thank you for your time this morning to discuss our situation at Muskogee. As you know, most all of the Port of Muskogee was under several feet of water from this historic flood event. In response to your email below advising Oakley's of your intent to hold us liable for the damage claims for the wire rod and rebar stored @ Oakley Terminal Muskogee caused by the recent floods, its Oakley Terminal Muskogee's position that per our agreement with you, all risk or damage to such products, except those caused by the negligence of Oakley's handling or storage, shall be borne solely by Tata International.

If you have any questions, please don't hesitate to call.

Fred Taylor

From: Josh Taylor
Sent: Monday, June 10, 2019 10:56 AM
To: Fred Taylor <ftaylor@bruceoakley.com<mailto:ftaylor@bruceoakley.com>>
Subject: FW: Flood Damage - Oakley Terminal Muskogee

Please read below.

[cid:image003.png@01D51F7B.1A8B4170]<http://www.bruceoakley.com/>

2

BO_000117

[cid:image004.png@01D51F7B.1A8B4170]


Josh Taylor
Oakley Terminal Muskogee - Terminal Manager

d: (918) 912 - 3003
m: (918) 855 - 4093

e: jtaylor@bruceoakley.com<mailto:jtaylor@bruceoakley.com>
w: www.bruceoakley.com<http://www.bruceoakley.com>



From: Robert Drew [mailto:robert.drew@tatainternational.com]
Sent: Monday, June 10, 2019 10:41 AM
To: Karen Manasco <kManasco@bruceoakley.com<mailto:kManasco@bruceoakley.com>>; Josh Taylor
<jtaylor@bruceoakley.com<mailto:jtaylor@bruceoakley.com>>
Cc: Brenda Kuhfeldt <brenda.kuhfeldt@tatainternational.com<mailto:brenda.kuhfeldt@tatainternational.com>>
Subject: Flood Damage - Oakley Terminal Muskogee


Hi Karen – Josh, really hope things are beginning to normalize for you.

As you can appreciate we are greatly concerned over the impact that the flooding you experienced may have had on our wire rod and rebar stored at your terminal. We have notified all potentially affected parties, including our underwriter, who will be arranging an on-site inspection asap. In this regard, we regret that we have no choice but to advise of our intent to hold you liable for whatever claims may arise as the result of any resultant losses / damages we incur.

Best regards,
Bob Drew
Tel: 847 660 4295
DISCLAIMER: "This communication (including any accompanying documents / attachments) is intended only for the use of the addressee(s) and contains information that is PRIVILEGED AND CONFIDENTIAL. If you are not the intended recipient, you are notified that any dissemination and/or copying of this e-mail is Strictly prohibited and you are requested to delete this e-mail immediately and notify the originator. Communicating through e-mail is not secured and capable of interception & delays. Any one communicating with Tata Companies by e-mail accepts the risks involved and their consequences. While this e-mail has been checked for all known viruses, but Tata International (or group companies) does not guarantee the integrity of this communication or this communication is free of viruses, interceptions or interference. If you have received this message in error, please notify the sender immediately and delete this message from your system"


The information contained herein, including any attachments, is proprietary and confidential and is intended for the exclusive use of the addressee. It also may contain privileged information and/or personal information subject to privacy legislation. The authorized addressee of this information, by its retention and use, agrees to protect the information contained herein from loss, theft, or compromise with at least the same care it employs to protect its own confidential information. Any dissemination or use of this information by a person other than the intended recipient is unauthorized and may be illegal. If you have received this e-mail in error, please notify the sender immediately by reply e-mail and destroy all copies.

BO_000118

Confidentiality Notice: This electronic mail transmission and any attachment may constitute an attorney-client communication that is privileged at law. It is not intended for transmission to, or receipt by, any unauthorized persons. If you have received this electronic mail transmission in error, please delete it from your system without copying it, and notify the sender by reply e-mail or by calling (501) 688-8800 Little Rock, AR (479) 464-5650 Rogers, AR (512) 480-5100 Austin, or (870) 938-6262 Jonesboro, AR so that our address record can be corrected.

BO_000119