### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**TATA AIG GENERAL INSURANCE**                                     **PLAINTIFF**
**COMPANY LIMITED, as subrogated**
**Insurer for TATA INTERNATIONAL**
**METALS (AMERICAS) LTD.**

**v.**                                   **CASE NO. 4:20-cv-585-JM**

**FIVE RIVERS DISTRIBUTION, LLC and**                             **DEFENDANTS**
**BRUCE OAKLEY, INC.**

### BRUCE OAKLEY'S RESPONSE TO PLAINTIFF'S
### ADDITIONAL STATEMENT OF MATERIAL FACTS

The Separate Defendant Bruce Oakley, Inc. ("Oakley") through its counsel, Kutak Rock

LLP, and for its Response to the Plaintiff's Additional Statement of Material Facts states as

follows:

1. **Johnston's Port 33, Inc. ("JP 33") is a wholly owned subsidiary of Bruce Oakley, Inc. ("Bruce Oakley") who acquired JP 33 in February, 2014 through a stock purchase.**

   Response:    Admitted.

2. **JP 33 also does business as Oakley's Port 33, Inc. and generically utilizes the terms Oakley's Ports or Oakley's Terminal in describing its Arkansas River terminal operations.**

   Response:    Denied.

3. **JP33 and its Arkansas River operations are insured under Bruce Oakley's general liability policy of insurance that was in place in 2019.**

   Response:    Admitted.

4. **Josh Taylor is currently the General Manager for both Bruce Oakley and JP33 simultaneously.  In 2019 Josh Taylor was the General Manager for a distribution and storage facility located on the Arkansas River in Muskogee, Oklahoma ("Muskogee Terminal) for both Bruce Oakley and JP33 simultaneously.**

4812-8089-0619.1

Response:   Oakley admits that Josh Taylor has held positions for JP33.  Oakley denies the remaining statements of No. 4.

5.   **Fred Taylor is currently the Vice President of Operations for JP 33 and Port Director for Bruce Oakley.**

Response:   Denied.

6.   **Josh Taylor testified that JP 33's business operation is the same as Bruce Oakley's, including the storage of goods for third-parties.**

Response:   Although there is some overlap in the companies' operations, Oakley denies that its business is the same as JP 33's.

7.   **In 2019, Bruce Oakley and/or JP 33 operated and maintained the Muskogee Terminal.**

Response:   Denied.   Only JP 33 operated and maintained the Muskogee Terminal.

8.   **Tata Metals entered into a contract with Bruce Oakley and/or JP 33, in which Tata Metals would deliver metal-related products to the Muskogee Terminal for the purpose of storage pending sale and delivery to third-parties.**

Response:   Oakley admits only that the contract was between Tata and JP 33.

9.   **The invoices for storage charges issued to Tata Metals request that payment be remitted to an address in North Little Rock, Arkansas, where Bruce Oakley is headquartered.  The invoices also list a telephone number associated with the "North Little Rock General Office" identical to the general number provided on the Bruce Oakley website.**

Response:   Admitted.

10.   **In or about May 2019, Bruce Oakley and/or JP 33 was storing approximately 975 wire rod coils and approximately 279 bundles of rebar ("subject inventory") for Tata Metals at the Muskogee Terminal.**

Response:   Oakley admits that JP 33 was storing rebar and wire coil at the Muskogee Terminal.   Oakley denies the remainder of No. 10 including the quantities stated.

11.   **Josh Taylor negotiated the agreement to store Tata Metals' subject inventory at the Muskogee Terminal.**

4812-8089-0619.1

Response:    Admitted.

12.    **Mr. Taylor would issue a rate confirmation sheet, confirming the parties' agreement for the storage of goods at the Muskogee Terminal. In 2019, a rate confirmation sheet was issued to Tata Metals on "Oakley" letterhead.**

Response:    Admitted.

13.    **On or about January 7, 2019, Tata Metals received email correspondence from personnel identified in their email addresses and email signature blocks as Bruce Oakley employees confirming that the storage rates would remain the same in 2019 as they were in 2018.**

Response:    Oakley denies that the emails identified the personnel as Oakley employees. Oakley admits the remaining statements in No. 13.

14.    **Between late May and early June, 2019, a flooding event impacted the Arkansas River region and flooded the Muskogee Terminal ("Flood Event"), thereby substantially damaging the inventory that Tata Metals was storing there at the time. Joshua Taylor recalled it raining on and off for a month and a half to two months in Muskogee and surrounding areas in 2019 and higher than usual river levels in the several weeks prior to May 22, 2019.**

Response:    Oakley denies Tata's inventory was "substantially damaged," but admits the remaining statements of No. 14.

15.    **As early as May 14, 2019, news outlets and government officials began warning of a severe rainstorm that could cause flooding to areas of Arkansas and Oklahoma located along the Arkansas River.**

Response:    Denied.

16.    **On May 17, 2019, Muskogee Terminal personnel received email correspondence from the National Oceanic and Atmospheric Administration ("NOAA") warning of the impending storm and the possibility that river flooding was likely to occur based on the fact that the river and lake levels at the time were already high.**

Response:    Admitted.

17.    **The U.S. Army Corps of Engineers ("USACE") was closely monitoring the storm and releasing updates to Terminal personnel in real-time with respect to the current river water level and the anticipated river water level.**

Response:    Denied.

18. **On or about May 21, 2021, at approximately 8:00 a.m., USACE notified Terminal personnel that the flood could reach the dock level of the facility (which is also warehouse ground level) of 40.8 feet and thereafter revised there estimate to 41.8 feet.**

    Response:    Denied.

19. **On or about May 23, 2019, at approximately 5:00 p.m., the flood waters began to enter the Muskogee Terminal where Tata's inventory was stored.**

    Response:    Denied.

20. **Terminal personnel were notified no less than approximately 57 hours in advance that the river crest level could exceed the dock level and enter the Terminal.**

    Response:    Denied.

21. **Neither Bruce Oakley or JP 33 had any type of flood mitigation plan in place in advance of the subject flooding event.  Neither has a flood plan in place today.**

    Response:    Denied.

22. **Tata Metals sustained losses in the amount of $238,872.94 to its inventory stored at the Muskogee Terminal as a result of the flood.**

    Response:    Denied.

23. **At the time of the 2019 Flood Event, Josh Taylor corresponded directly with Tata Metals regarding the damage to Tata Metals' property from email address jtaylor@bruceoakley.com and his email signature identifies him as "Oakley Terminal Muskogee – Terminal Manager" and includes the Bruce Oakley, Inc. logo.**

    Response:    Admitted.

24. **On June 10, 2019, Tata Metals wrote to Josh Taylor (at his Bruce Oakley email address) and notified him of Tata Metals' intent to hold "you" liable for claims arising out of damage to Tata Metals' property.**

    Response:    Admitted.

25. **Following receipt of the June 10, 2019 email, Josh Taylor forwarded Tata Metals' email to Fred Taylor at Fred Taylor's Bruce Oakley email address. Fred Taylor then responded to Tata Metals denying liability for the claim,**

**copying Bruce Oakley's Chief Financial Officer, Tim Cummins, along with Josh Taylor and the Muskogee Terminal Office Manager, all at their Bruce Oakley email addresses.**

Response:     Admitted.

26. **The Muskogee Terminal is located in FEMA flood zone AE, indicating that the likelihood that the Terminal will experience flooding is very high.**

Response:     Denied.

27. **The Muskogee Terminal has experienced flooding in the past, including a flooding event in 1986 in which the river level near Muskogee crested at 39.6 feet.**

Response:     Admitted.

28. **In 1943 (prior to the construction of the Muskogee Terminal) the river level near Muskogee crested at 48.2 feet (the highest water level ever recorded in that area according to USACE data).**

Response:     Denied.

29. **The water level at Muskogee during the 2019 flooding event crested at 46.39 feet.**

Response:     Admitted.

Respectfully Submitted,

**Kutak Rock LLP**

By: _____

**L. Kyle Heffley**, Arkansas Bar No. 96085
5111 W JB Hunt Drive, Suite 300
Rogers, Arkansas 72758
Office:  479.250.9700
Facsimile:  479.316.4069
Kyle.Heffley@KutakRock.com

4812-8089-0619.1

## CERTIFICATE OF SERVICE

I hereby certify that on September 20, 2021, I electronically filed the foregoing using the Court's electronic filing system, which shall send notification of such filing to all counsel of record.

Taylor N. Williams
David Donovan
WATTS, DONOVAN, TILLEY & CARSON
2120 Riverfront Dr., Suite 275
Little Rock, Arkansas 72202
taylor.williams@wdtc.law

M. Stephen Bingham
CROSS, GUNTER, WITHERSPOON & GALCHUS, P.C.
500 President Clinton Avenue, Suite 200
Little Rock, Arkansas 72201
sbingham@cgwg.com

Of counsel:
Adam H McCabe
Kevin Kanavy
Cassiday Schade LLP
222 West Adams St., Suite 2900
Chicago, Illinois 60606
312.739.3246 | Fax: 312.444.1669
amccabe@cassiday.com

L. Kyle Heffley